UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEL BROWN,<br><br>                    Plaintiff,<br><br>        v.<br><br>SHIRLEY, et al.,<br><br>                    Defendants. | No.  1:23-cv-00515-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 4) |

Plaintiff Artel Brown ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2023, the assigned Magistrate Judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey a court order and failure to prosecute this action.  (ECF No. 4.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.* at 3.)  On June 12, 2023, the findings and recommendations were returned as "Undeliverable, Refused, Unable to ID."  No objections have been filed.  Plaintiff has not filed a notice of change of address as required by Local Rule 183, and Plaintiff has not otherwise communicated with the Court regarding this action.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a

1

*de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 6, 2023, (ECF No. 4), are adopted in full;

2. This action is dismissed, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    September 22, 2023                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE